UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN BRIAN INTERNATIONAL COMPANY, a Hong Kong Corporation,<br><br>            Plaintiff,<br>v.<br><br>GUSTTO, INC., a California Corporation,<br><br>            Defendant. | Case No. 3:13-cv-0218-GPC-BLM<br><br>**AMENDED DEFAULT JUDGMENT** |

**IT IS HEREBY ORDERED AND ADJUDGED:**

This Amended Default Judgment amends and supersedes the Clerk's Default Judgment in a Civil Case, (ECF No. 27), rendered April 3, 2014.  Final default judgment is entered in favor of plaintiff Calvin Brian International Company and against defendants Gustto, Inc., a California Corporation, and Agathe Planchon, an individual, jointly and severally, in the total amount of $377,712.45, which includes $75,542.49 in prejudgment interest.  Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.

DATED: July 18, 2014

HON. GONZALO P. CURIEL
United States District Judge